## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF COLORADO

Civil No. 1:13-cv-1295

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NELSON P. TODD; and ANDREA W. TODD; | ) |
| | ) |
| Defendants. | ) |

### UNITED STATES' COMPLAINT TO REDUCE
### FEDERAL TAX ASSESSMENTS TO JUDGMENT

The United States of America, by and through its undersigned counsel, hereby alleges as follows:

1. This is a civil action brought by the United States of America ("United States") (i) to reduce to judgment the outstanding joint federal tax assessment against Defendants Nelson P. Todd and Andrea W. Todd, husband and wife, for tax years 2002 through 2005 and 2010.

2. This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403, at the direction of the Attorney General of the United States, with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States ("Secretary").

### JURISDICTION AND VENUE

3. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and

UNITED STATES' COMPLAINT         -1-

1345, and 26 U.S.C. §§ 7402 and 7403.

4.      Venue is proper in the District of Colorado in accordance with 28 U.S.C. §§ 1391 and 1396 because all Defendants reside within Colorado, in this judicial district, and because the federal tax liabilities accrued in this judicial district.

## DEFENDANTS

5.      Defendants Nelson P. Todd and Andrea W. Todd, husband and wife ("hereafter "The Todds"), have been assessed jointly with unpaid federal income taxes for the tax years 2002 through 2005 and 2010.

## COUNT I:  REDUCE TO JUDGMENT FEDERAL TAX LIABILITIES ASSESSED AGAINST THE TODDS

6.      The United States realleges and incorporates the allegations contained in paragraphs 1 through 5 above, as if fully set forth herein.

7.      On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of Treasury made federal tax assessments against the Todds for unpaid federal income taxes for the tax years 2002 through 2005 and 2010:

| Type of Tax | Tax Year | Assessment Date | Taxes Assessed | Unpaid Balance Due As Of 05/01/2013 Including Interest |
|---|---|---|---|---|
| 1040 (Income Taxes) | 2002 | 06/02/2003<br><br>08/02/2004<br>11/28/2005<br>02/11/2013<br>02/25/2013 | $34,286.00  T<br>$125.00      ETP<br>$342.86      FPTP<br>$226.17      I<br>$42.00        FC<br>$4,953.63   FPTP<br>$146.00      FC<br>$104.00      FC | $27,975.77 |

| Type | Year | Assessment Date | Assessment Amount | | Balance |
|---|---|---|---|---|---|
| 1040 (Income Taxes) | 2003 | 07/26/2004<br><br><br><br><br>06/06/2005<br>10/02/2006 | $50,911.00<br>$983.00<br>$6,872.98<br>$1,018.22<br>$769.17<br>$42.00<br>$11,709.52 | T<br>ETP<br>LFP<br>FPTP<br>I<br>FC<br>FPTP | $111,432.91 |
| 1040 (Income Taxes) | 2004 | 11/21/2005<br><br><br><br>03/27/2006<br>11/26/2007 | $95,168.00<br>$1,783.17<br>$3,806.72<br>$3,645.04<br>$30.00<br>$19,985.28 | T<br>ETP<br>FPTP<br>I<br>FC<br>FPTP | $177,926.54 |
| 1040 (Income Taxes) | 2005 | 11/27/2006 | $1,615.00<br>$65.00<br>$363.37<br>$56.52<br>$81.70 | T<br>ETP<br>LFP<br>FPTP<br>I | $681.01 |
| 1040 (Income Taxes) | 2010 | 11/21/2011 | $2,257.00<br>$23.00<br>$43.80<br>$25.13 | T<br>ETP<br>FPTP<br>I | $1,410.32 |
| **TOTAL** as of 05/01/2013 | | | | | $319,426.55 |

Key:  T =        Tax
      ETP=       Estimated Tax Penalty
      LFP =      Failure to File / Late Filing Penalty pursuant to 26 U.S.C. § 6651
      FPTP =     Failure to Pay Tax Penalty pursuant to 26 U.S.C. §6651
      I =        Interest
      FC=        Fees and Collection Costs

8. Timely notice of the assessments set forth in Paragraph 7 above was given and demand for payment of these assessments were made upon the Todds, as required by Section 6303 of the Internal Revenue Code, Title 26 U.S.C.

9. Despite timely notice and demand for payment of the assessments described above, the Todds have neglected or refused to fully pay the assessments which remain due and owing. Based on accrued interest and other statutory additions as provided by law, as of May 1,

2013, there remains due and owing a total sum of $319,426.55, with respect to the assessed taxes. Additional unassessed interest and other statutory additions as provided by law continue to accrue on these balances.

### REQUEST FOR RELIEF

WHEREFORE, plaintiff, the United States of America, respectfully requests the Court to adjudge and decree as follows.

A. That this Court determine and adjudge that Defendants Nelson P. Todd and Andrea W. Todd, husband and wife, jointly, are indebted to the United States in the amount of $319,426.55, for unpaid income taxes for the tax years 2002 through 2005 and 2010, less any additional credits according to proof, plus interest and other statutory additions, as provided by law, that have accrued since May 1, 2013, and that judgment in that amount be entered against Defendants and in favor of the United States;

B. That the United States be granted its costs incurred in bringing this action, and for such other relief as the Court deems just and proper.

DATED this 17th day of May, 2013.

KATHRYN KENEALLY
Assistant Attorney General

*/s/ Colin C. Sampson*
COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 – Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-6062
Facsimile: (202) 307-0054
Email:  colin.c.sampson@usdoj.gov
           western.taxcivil@usdoj.gov
*Of Counsel:*
JOHN WALSH
United States Attorney
*Attorneys for the United States of America*