IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLORADO

Civil No. 1:13-cv-1295-REB-KLM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NELSON P. TODD; and ANDREA W. TODD, | ) |
| | ) |
| Defendants. | ) |

ENTRY OF APPEARANCE

The undersigned, being duly admitted to practice before the United States District Court for the District of Colorado, hereby enter their appearances on behalf of Nelson and Andrea Todd, Defendants.

DATED:   June 20, 2013

                                                  Respectfully submitted,

                                                  MERRIAM LAW FIRM, P.C.

                                                  s/Ted H. Merriam
                                                  Ted H. Merriam, Esq.

                                                  s/Kevin A. Planegger
                                                  Kevin A. Planegger, Esq.

                                                  1625 Broadway, Suite 770
                                                  Denver, Colorado 80202
                                                  Telephone: 303-592-5404
                                                  Facsimile: 303-592-5439
                                                  E-mail: ted@merriamlaw.com
                                                  Counsel for Nelson and Andrea Todd,
                                                  Defendants

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2013, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Colin C. Sampson
    U.S. Department of Justice-DC-Tax
    Division #683
    555 4th Street NW
    Washington, DC  20044-0683
    Email: colin.c.sampson@usdoj.gov

    s/Kevin A. Planegger
    Kevin A. Planegger
    Attorney for Nelson and Andrea Todd
    Merriam Law Firm, P.C.
    1625 Broadway, Suite 770
    Denver, CO  80202
    Phone: 303-592-5404
    Fax: 303-592-5439
    Email: ted@merriamlaw.com