IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil No. 1:13-cv-1295-REB-KLM

UNITED STATES OF AMERICA,         )
                                  )
        Plaintiff,                )
                                  )
    v.                            )
                                  )
NELSON P. TODD; and ANDREA W. TODD, )
                                  )
        Defendants.               )

STIPULATION REGARDING EXTENSION TO
RESPOND TO PLAINTIFF'S COMPLAINT

The Defendants, Nelson and Andrea Wood, by and through undersigned counsel, Kevin A. Planegger and Ted H. Merriam of the Merriam Law Firm, notify the Court pursuant to D.C. Colo. L. Civ. R. 6.1 that counsel for the United States of America has stipulated to an extension until July 12, 2013 for Mr. and Mrs. Todd to answer or otherwise respond to the United States' Complaint to Reduce Federal Tax Assessments to Judgment in this case.

1.      Service of Process of the United States' Complaint was received by Defendants Nelson and Andrea Todd, on May 31, 2013. Therefore, Nelson and Andrea Todd are required under Fed. R. Civ. P. 12 to answer or otherwise respond to the United States Complaint by June 21, 2013.

2.      Last week, Mr. and Mrs. Todd retained undersigned counsel to represent them in this case. Counsel requires time to gather relevant documents from tax periods going back as far as ten years. Undersigned counsel will also require additional time to

review these documents to adequately answer or otherwise respond to the United States' Complaint.

3.      On June 14, 2013, undersigned counsel, Kevin Planegger, called Colin Sampson to request an extension to respond to the United States' Complaint. Mr. Sampson communicated that he agreed to an extension to July 12, 2013. Accordingly, an answer or other response to the United States' Complaint is due to be filed with the Court by July 12, 2013, twenty-one (21) days after the initial due date of June 21, 2013.

DATED:      June 20, 2013

                                      Respectfully submitted,

                                      MERRIAM LAW FIRM, P.C.

                                      s/Ted H. Merriam
                                      Ted H. Merriam, Esq.

                                      s/Kevin A. Planegger
                                      Kevin A. Planegger, Esq.

                                      1625 Broadway, Suite 770
                                      Denver, Colorado 80202
                                      Telephone: 303-592-5404
                                      Facsimile: 303-592-5439
                                      E-mail: ted@merriamlaw.com

                                      Counsel for Nelson and Andrea Todd

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June 2013, I electronically filed the foregoing Stipulation Regarding Extension to Respond to United States' Complaint to Reduce Federal Tax Assessments to Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Colin C. Sampson
    U.S. Department of Justice-DC-Tax
    Division #683
    555 4th Street NW
    Washington, DC  20044-0683
    Email: colin.c.sampson@usdoj.gov

    s/Kevin A. Planegger
    Kevin A. Planegger
    Attorney for Nelson and Andrea Todd
    Merriam Law Firm, P.C.
    1625 Broadway, Suite 770
    Denver, CO  80202
    Phone: 303-592-5404
    Fax: 303-592-5439
    Email: ted@merriamlaw.com