IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil No. 1:13-cv-1295-REB-KLM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NELSON P. TODD; and ANDREA W. TODD, | ) |
| | ) |
| Defendants. | ) |

ANSWER

The Defendants, Nelson and Andrea Wood, by and through undersigned counsel, Kevin A. Planegger and Ted H. Merriam of the Merriam Law Firm, hereby answer and respond to the allegations set forth in the United States' Complaint to Reduce Federal Tax Assessments to Judgment ("Complaint") filed on May 17, 2013, as follows:

1. The Defendants admit to the general description of the nature of the case, but are without sufficient information or knowledge to admit or deny the remaining averments contained in paragraph 1 of the Complaint, and upon such basis, deny the same.

2. The Defendants admit that this action was commenced pursuant to 26 U.S.C. §§ 7401 and 7403, but are without sufficient information or information to admit or deny the remaining averments contained in paragraph 2 of the Complaint as to who

directed, authorized and/or requested this action to be filed, and upon such basis, deny the same.

3. The Defendants admit that the Court has jurisdiction in this case.

4. The Defendants admit that venue is proper in the District of Colorado.

5. The Defendants admit that there are joint federal income tax assessments against them, but deny any allegation or inference that such assessments were proper and/or accurate.

6. With regard to paragraph 6, the Defendants incorporate by reference their responses to paragraphs 1 through 5 as if fully set forth herein.

7. The Defendants are without sufficient information or knowledge to admit or deny the allegations set forth in paragraph 7 of the Complaint, and upon such basis, deny the same.

8. The Defendants deny the allegations set forth in paragraph 8 of the Complaint.

9. The Defendants deny the allegations set forth in paragraph 9 of the Complaint.

## GENERAL DENIAL

The Defendants deny each and every allegation of the Complaint which has not been specifically admitted.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted against the Defendants and should be dismissed.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred or diminished because the Defendants do not owe the full amount of the tax, penalties and interest assessed by the Internal Revenue Service.

## THIRD AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred or diminished by virtue of its failure to give proper credit for all payments made by the Defendants for the tax years at issue in this case.

## FOURTH AFFIRMATIVE DEFENSE

Defendant Andrea Todd is entitled to so-called innocent spouse relief pursuant to 26 U.S.C. § 6015(b), (c) and/or (f), and is not liable for any unpaid joint income tax liability, to the extent that such liability exists.

## FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's claim is barred by applicable statutes of limitation, waiver, estoppel, and/or laches.

The Defendants reserve the right to add any affirmative defenses as the same become know to them through disclosures or discovery in this case.

WHEREFORE, the Defendants respectfully request the Court:

3

1. to deny the relief sought by the Plaintiff and enter judgment on behalf of the Defendants;

2. to award costs to the Defendants; and

3. to grant such other and further relief as the Court deems just and proper.

DATED: July 12, 2013

Respectfully submitted,

MERRIAM LAW FIRM, P.C.

s/Ted H. Merriam
Ted H. Merriam, Esq.

1625 Broadway, Suite 770
Denver, Colorado 80202
Telephone: 303-592-5404
Facsimile: 303-592-5439
E-mail: ted@merriamlaw.com


s/Kevin A. Planegger
Kevin A. Planegger, Esq.

1625 Broadway, Suite 770
Denver, Colorado 80202
Telephone: 303-592-5404
Facsimile: 303-592-5439
E-mail: kevin@merriamlaw.com

Counsel for Nelson and Andrea Todd

4

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2013, I electronically filed the foregoing ANSWER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Colin C. Sampson
    U.S. Department of Justice-DC-Tax
    Division #683
    555 4th Street NW
    Washington, DC  20044-0683
    Email: colin.c.sampson@usdoj.gov

                                      s/Kevin A. Planegger
                                      Kevin A. Planegger
                                      Attorney for Nelson and Andrea Todd
                                      Merriam Law Firm, P.C.
                                      1625 Broadway, Suite 770
                                      Denver, CO  80202
                                      Phone: 303-592-5404
                                      Fax: 303-592-5439
                                      Email: kevin@merriamlaw.com