# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil No. 1:13-cv-1295

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NELSON P. TODD; and ANDREA W. TODD; | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' MOTION TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE

The United States of America, by and through its undersigned counsel, hereby respectfully requests permission for attorney Colin C. Sampson to attend the Scheduling Conference, currently scheduled for Thursday, September 5, 2013, at 10:30 a.m. in Courtroom C-204 in the United States District Courthouse in Denver, Colorado before Magistrate Judge Mix.

Because undersigned counsel for the United States maintains an office in Washington, D.C., and has no other personal appearance scheduled in Colorado during the week of September 2, 2013, a telephonic appearance would avoid significant travel costs for the United States. The undersigned attorney is able to call the Court on the day of the hearing, or may be reached at (202) 514-6062. A [Proposed] Order is attached.

///

DATED this 21st day of August, 2013.

        KATHRYN KENEALLY
        Assistant Attorney General

        */s/ Colin C. Sampson*
        COLIN C. SAMPSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683 – Ben Franklin Station
        Washington, D.C.  20044-0683

        Of Counsel:

        JOHN WALSH
        United States Attorney

**CERTIFICATE OF SERVICE**

   IT IS HEREBY CERTIFIED on this 21st day of August, 2013, a true and correct copy of the foregoing **UNITED STATES' MOTION TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE,** and **[PROPOSED] ORDER** was electronically filed using the Court's CM/ECF system and duly served by United States Mail upon the following:

 Theodore H. Merriam
 Kevin A. Planegger
 Merriam Law Firm, P.C.
 1625 Broadway, #770
 Denver, CO 80202

 *Attorneys for Nelson P. Todd and Andrea W. Todd*

                  */s/ Colin C. Sampson*
                  COLIN C. SAMPSON
                  Trial Attorney, Tax Division