**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil No.  1:13-cv-1295

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NELSON P. TODD; and ANDREA W. TODD; | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING TELEPHONIC APPEARANCE**

Before the Court is the United States' Motion to Appear by Telephone at the Scheduling Hearing currently set for Thursday, September 5, 2013.  Upon consideration of the Motion and for Good Cause Shown, it is hereby

ORDERED that counsel for the United States may appear at the Scheduling Conference by telephone.  Counsel for the United States should contact the Courtroom Deputy for Magistrate Judge Mix to obtain instructions for appearing by telephone.

**THUS DONE AND SIGNED** in Denver, Colorado, this \_\_\_\_ day of _____, 2013.

_____
United States Magistrate Judge