IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No. 13-cv-01295-REB-KLM** | FTR - Reporter Deck - Courtroom C-204<br>Byron G. Rogers United States Courthouse |
| **Date: September 5, 2013** | Courtroom Deputy, Emily Seamon |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Colin Sampson *(by telephone)* |
| Plaintiff,<br>v. | |
| NELSON P. TODD, and<br>ANDREA W. TODD, | Kevin Planegger *(by telephone)* |
| Defendants. | |

## COURTROOM   MINUTES / MINUTE  ORDER

**HEARING:  RULE 16(b)  SCHEDULING  CONFERENCE**
**Court in session:  10:41 a.m.**
Court calls case.  Appearances of counsel.

Court advises defense counsel that he needs an order from the Court to appear telephonically.

Court advises counsel to use the entire civil caption on all future filings.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Defendants' initial disclosures is **September 9, 2013.**

Deadline for Joinder of parties/Amendment of pleadings is **November 14, 2013.**

Discovery Cut-off is **March 14, 2014.**

Dispositive Motions deadline is **April 25, 2014.**

Parties shall designate experts **on or before January 31, 2014.**

Parties shall designate rebuttal experts **on or before February 17, 2014.**

Each party shall be limited to two (2) expert witnesses, absent further leave of court.

Each party shall be limited to ten (10) depositions, absent further leave of court.

Parties shall be limited to twenty-five (25) interrogatories, twenty-five (25) requests for

production, and twenty-five (25) requests for admissions per side, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770,  preferably as a joint conference call, and request that one be set.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**TRIAL** The following are currently set before The Honorable Robert E. Blackburn: Final Pretrial Conference and Trial Preparation Conference:  **July 25, 2014, at 3:00 p.m.**
Two-day Trial to the Court: **July 28, 2014, at 9:00 a.m.**

Court discusses Judge Blackburn's practice standards with counsel.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

● Scheduling Order is signed and entered with interlineations on September 5, 2013.

HEARING CONCLUDED.
**Court in recess:     11:01 a.m.**
Total In-Court Time:     00:20
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.