IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil No. 1:13-cv-1295-REB-KLM

UNITED STATES OF AMERICA,

Plaintiff,

v.

NELSON P. TODD; and ANDREA W. TODD;

Defendants.

## STIPULATION FOR ENTRY OF JUDGMENT AGAINST NELSON P. TODD AND ANDREA W. TODD

Plaintiff, the United States of America ("United States"), by and through its undersigned counsel, and Defendants Nelson P. Todd and Andrea W. Todd ("the Todds"), by and through their undersigned counsel, hereby stipulate to the entry of judgment in favor of the United States and against Nelson P. Todd and Andrea W. Todd, jointly, as follows:

1. Judgment may be entered in the sum of $324,005.35, less any credits or payments, plus interest accruing after October 31, 2013, pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c), until paid, for the unpaid joint federal income tax assessments against the Nelson P. Todd and Andrea W. Todd for the tax years 2002 through 2005 and 2010; and

2. Each party shall bear its own fees and costs.

IT IS SO STIPULATED AND AGREED TO BY:

COLIN C. SAMPSON
Trial Attorney, Tax Divsion
United States Department of Justice
*Attorney for the United States of America*

11/14/2013
Dated

THEODORE H. MERRIAM
KEVIN A. PLANEGGER
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, Colorado 80202
*Attorneys for Nelson P. Todd and Andrea W. Todd*

Dated

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED on this 14th day of November, 2013, a true and correct copy of the foregoing **STIPULATION FOR ENTRY OF JUDGMENT AGAINST NELSON P. TODD AND ANDREA W. TODD** was electronically filed using the Court's CM/ECF system and duly served by United States Mail upon the following:

Theodore H. Merriam
Kevin A. Planegger
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, CO 80202

*Attorneys for Nelson P. Todd and Andrea W. Todd*

*/s/ Colin C. Sampson*
COLIN C. SAMPSON
Trial Attorney, Tax Division