IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 13-cv-01295-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NELSON P. TODD, and
ANDREA W. TODD,

    Defendants.

## JUDGMENT
## AGAINST NELSON P. TODD AND ANDREA W. TODD

**Blackburn, J.**

The matter is before me on the **Stipulation For Entry of Judgment Against Nelson P. Todd and Andrea W. Todd** [#16][1] filed November 14, 2013. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that judgment should enter against defendants Nelson P. Todd and Andrea W. Todd.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Entry of Judgment Against Nelson P. Todd and Andrea W. Todd** [#16] filed November 14, 2013, is **APPROVED**;

2. That judgment **SHALL BE** entered against Defendants, Nelson P. Todd and Andrea W. Todd, jointly, and in favor of the United States of America in the sum of

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

$324,005.35, less any credits or payments, plus interest accruing after October 31, 2013, pursuant to 26 U.S.C. Sections 6601, 6621, and 6622, and 28 U.S.C. Section 1961(c), until paid, for the unpaid joint federal income tax assessments against the defendants, Nelson P. Todd and Andrea W. Todd, for the tax years 2002 through 2005 and 2010; and

    3.  That each party shall bear its own fees and costs.

Dated November 19, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge