# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose judgments have been obtained |
|---|---|
| Nelson P. Todd and Andrea W. Todd<br>14198 E. Grand Avenue<br>Aurora, Colorado 80015 | United States of America |

| Amount of Judgment(s) | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $324,005.35 (Income Taxes)<br><br>Less any credits or payments, plus interest accruing after October 31, 2013 Pursuant to 26 U.S.C. § 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) | United States Attorney<br>District of Colorado<br>1225 17th Street, Suite 700<br>Denver, Colorado 80202<br>Colin C. Sampson<br>Trial Attorney, Tax Division<br>United States Department of Justice | November 19, 2013<br>Civ. No.12:13-cv-01295-REB-KLM<br>(D. Colo.)<br>(Doc. No. 17) |

UNITED STATES OF AMERICA
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

I CERTIFY THAT THE FOREGOING IS A CORRECT ABSTRACT OF THE JUDGMENT ENTERED OR REGISTERED BY THIS COURT.

DATED __11/27/2013_____, 2013.

DENVER, COLORADO.

Jeffrey P. Coldwell, Clerk.



BY ___s/K Lyons____
     DEPUTY CLERK

2190029.1