IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil No.   1:13-cv-1295-REB-KLM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NELSON P. TODD; and ANDREA W. TODD; | ) |
| | ) |
| | ) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

PLEASE TAKE NOTICE THAT Plaintiff, the United States of America, by and through undersigned counsel, hereby states that the Order and Judgment entered against Defendants Nelson P. Todd and Andrea W. Todd and in favor of the United States for unpaid federal income taxes for the tax years 2002 through 2005 and 2010, dated November 19, 2013 (Docket No. 17), has been satisfied.   An Abstract of the Judgment was recorded with the State of Hawaii Bureau of Conveyances on January 3, 2014 at Doc A-51160642, and with the Arapahoe County, Colorado Clerk and Recorder on January 8, 2014, at Reception No. D4002023.

1

10773798.1

Dated this 16th day of June, 2014.

          TAMARA W. ASHFORD
          Acting Assistant Attorney General

          */s/ Colin C. Sampson*
          COLIN C. SAMPSON
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683, Ben Franklin Station
          Washington, D.C. 20044-0683
          Telephone:  (202) 514-6062
          Facsimile:   (202) 307-0054
          Colin.C.Sampson@usdoj.gov
          Western.TaxCivil@usdoj.gov

*Of Counsel:*
JOHN WALSH
United States Attorney

*Attorneys for The United States of America*

10773798.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED on this 16th day of June, 2014, a true and correct copy of the foregoing **SATISFACTION OF JUDGMENT** was electronically filed using the Court's CM/ECF system and duly served by United States Mail upon the following:

Theodore H. Merriam
Kevin A. Planegger
Merriam Law Firm, P.C.
1625 Broadway, #770
Denver, CO 80202

*Attorneys for Nelson P. Todd and Andrea W. Todd*

                                                */s/ Colin C. Sampson*
                                                COLIN C. SAMPSON
                                                Trial Attorney, Tax Division